UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE BRISTER,<br><br>Defendant. | Case Number: 5:24-mj-93-DW-1<br><br>Case No. Pending in the Northern District of Texas: 3:13-cr-127-D<br><br>REPORT AND ORDER ON PROCEEDINGS UNDER RULES 5(c)(3) AND 5.1 |

The defendant is charged in the Northern District of Texas with violating the terms of his supervised release. The defendant has been arrested in this district on a warrant issued in the Northern District of Texas and has appeared before me for proceedings as follows:

**Rule 5(c)(3) Transfer**

☑ The government has produced a copy of the warrant, and

☑ The defendant ~~elected to have an identity hearing in the district where the prosecution is pending.~~ waived his right to an identity hearing. *dlc*

**Rule 5.1   Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing

☑ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

   ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3) Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing

☑︎ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained
    ☐ The defendant should be released on bond.

**ORDER ENTERED ON REPORT:**

TO THE UNITED STATES MARSHAL:

☑︎ You are commanded to transfer the above-named defendant forthwith to the district in which the defendant is charged and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

☐ IT IS ORDERED that this defendant be discharged from custody.

Dated this 12th day of June, 2024.

BY THE COURT:

_____
DANETA WOLLMANN
UNITED STATES MAGISTRATE JUDGE